# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE GILDARDO MORENO,

Defendant

Case No.: 21-CR-338-JLS

**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Honorable Janis L. Sammartino

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently scheduled for April 2, 2021, be continued to May 7, 2021, at 1:30PM.  For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

Dated:  March 30, 2021

Hon. Janis L. Sammartino
United States District Judge