# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GILDARDO MORENO,<br><br>Defendant. | Case No. 21cr0338-JLS<br><br><br>**ORDER AND JUDGMENT GRANTING GOVERNMENT MOTION AND DISMISSING INFORMATION** |

Upon motion by the government, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 18] without prejudice.

**IT IS SO ORDERED.**

Dated:  July 22, 2021

Hon. Janis L. Sammartino
United States District Judge